USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court
for the

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

RUDY DEKERMENJIAN

CRIMINAL NUMBER: 20cr10172

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Rudy Dekermenjian, defendant, have been informed that an information is pending against me in the above-designated case. I wish to plead guilty to the offenses charged, to consent to the disposition of the case in the District of Columbia, in which I, Rudy Dekermenjian, am currently appearing in the pending matter *United States v. Dekermenjian et al.* (Case No. 19-cr-00374 D.D.C.), and to waive trial in the above-captioned District.

Dated: 8/20/20 at _____

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

_____
(Assistant United States Attorney)

Approved

_____
Michael R. Sherwin
Acting United States Attorney
for the District of Columbia

_____
Nathaniel R. Mendell
Acting United States Attorney
for the District of Massachusetts